UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A BLACK ZTE SMART PHONE, MODEL Z832, IMEI: 869627021432091; S/N: 328C658706D0; A BLACK & SILVER LG, MODEL LG-M153; IMEI:354064081650788; S/N704CQRN165078 CURRENTLY LOCATED AT 5300 MARYLAND WAY, SUITE 200, BRENTWOOD, TENNESSEE | No. 17-mj-4245 |

## **ORDER**

This matter comes before the Court on the United States' Motion to Unseal the Search Warrant and Affidavit in this case. It is hereby ordered that:

The Motion is granted and the Search Warrant and Affidavit are ordered unsealed.

Dated: February 6, 2018

_____
ALISTAIR E. NEWBERN
U.S. MAGISTRATE JUDGE